UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MELANIE PLEISS,                                                                                                    Plaintiff,

v.                                                                                   Civil Action No. 3:19-cv-437-DJH-CHL

NATIONAL CREDIT SYSTEMS, INC. and
EQUIFAX INFORMATION SERVICES,
LLC,                                                                                                                  Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Melanie Pleiss and Defendant National Credit Systems, Inc. having filed a stipulation of dismissal with prejudice as to Pleiss's claims against National Credit Systems (Docket No. 18), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    Pleiss's claims against National Credit Systems are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate National Credit Systems, Inc. as a defendant in the record of this matter.

(2)    All claims having been resolved (*see* D.N. 10), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.